UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC WICKES, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV2141-JCH (DDN) |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC and ) | |
| HARVEST CREDIT MANAGEMENT ) | |
| VI B LLC, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon its review of the record.  Pursuant to 28 U.S.C. § 636(b), all pretrial matters in this case were referred to United States Magistrate Judge David D. Noce.  On January 31, 2012, Magistrate Judge Noce filed an Order and Recommendation, in which he recommended that this Court sustain Plaintiff's Motion to Remand (ECF No. 6) and deny Plaintiff's Motion to Strike (ECF No. 8) as moot.  (ECF No. 13).  Neither party has filed objections or otherwise responded to the Order and Recommendation.  After de novo review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the Magistrate Judge (ECF No. 13) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (ECF No. 6) is **GRANTED**.  A separate Order of Remand shall accompany this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (ECF No. 8) is **DENIED** as moot.

- 2 -

Dated this 21st day of February, 2012.

                                      /s/Jean C. Hamilton
                                      UNITED STATES DISTRICT JUDGE