UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC WICKES, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV2141-JCH (DDN) |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC and ) | |
| HARVEST CREDIT MANAGEMENT ) | |
| VI B LLC, ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the County of Franklin, State of Missouri.

Dated this 21st  day of February, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE