UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIC WICKES, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> RECEIVABLES PERFORMANCE ) <br> MANAGEMENT, LLC and ) <br> HARVEST CREDIT MANAGEMENT ) <br> VI B LLC, ) <br> ) <br> Defendant(s). ) | Case No. 4:11CV2141-JCH (DDN) |

## JUDGMENT AND ORDER OF REMAND

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the County of Franklin, State of Missouri.

Dated this 21st day of February, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE